IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID W. WATTS,

                Plaintiff,                        ORDER

v.

DAN WESTFIELD and RICK RAEMISCH,          10-cv-550-wmc

                Defendants.

---

On February 28, 2014, defendants Dan Westfield and Rick Raemisch filed a motion for summary judgment on the claims filed by plaintiff David Watts. Watts, whose response was due on April 28, 2014, now requests a one-week extension of time in which to respond to defendants' motion. The motion for an extension of time will be granted.

Watts, who is confined in the DS-1 Unit of the Columbia Correctional Institution, also requests a court order requiring prison officials to give him an ink pen or pen insert to use in his cell. The court is familiar with the restriction on pen inserts, which has been imposed for safety reasons to reduce the chance that these items may become contraband within the DS-1 Unit. Because Watts's submissions are neatly printed and legible, he does not demonstrate that a pen is necessary. Accordingly, his motion for a pen insert will be denied.

Watts also requests a court order directing prison officials to allow him additional time in the law library. Exhibits attached to Watts's motion reflect that he was granted additional law library time up to and including the time his original response was due

1

April 28, 2014. Accordingly, his request for additional time in the law library also will be denied. The court will, however, give Watts an additional week, up to and including May 15, 2014, in which to submit his response to defendants' summary-judgment motion.

ORDER

IT IS ORDERED that:

1. Plaintiff David Watts' motion for an extension of time (dkt. # 115) is GRANTED. Watts' response to defendants' summary-judgment motion will be due no later than May 15, 2014.

2. Watts' motion for a pen insert and his request for additional law library time (dkts. # 113, # 114) are DENIED.

Entered this 30th day of April, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge