IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID W. WATTS,

    Plaintiff,                                     JUDGMENT IN A CIVIL CASE

v.                                                10-cv-550-wmc

RICK LUELL, TINA VIRGIL,
MICHAEL G. MYSZEWSKI,
DAN WESTFIELD and RICK RAEMISCH,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) remanding plaintiff David W. Watt's breach of contract state law claims against defendants Rick Luell, Tina Virgil, Michael G. Myszewski, Dan Westfield and Rick Raemisch to Dane County Circuit Court; and

    (2) granting summary judgment in favor of Dan Westfield and Rick Raemisch and dismissing this case.

        /s/                                                             7/11/2014

    Peter Oppeneer, Clerk of Court                         Date