U.S. District Court Western District of Wisconsin

DAVID WATTS,

V.

Dan Westfield et.al.

Case # 10-cv-550-wmc

REC'D/FILED
2014 AUG -6 AM 11: 50
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## "Emergency Motion"

"The plaintiff Respectfully Request The following" of The most Honorable Court.

#1.) A (14) day extension of Time To file A "notice of Appeal" To Appeal The above entitled case To the 7th circuit Court of Appeals.

#2.) For A Copy of The Documents To file "The notice of Appeal" And "the Appellate Docket Fee", *indigent.*

## "For The Following Valid Reasons"

A.) The plaintiff is **not** An Atty And **not** only Has never Filed An Appeal Before, But The plaintiff Does **not** know How To file An Appeal.

(continued next page)

B.) The most Hon. Court Dismissed The above entitled Case on 7-11-2014, But The plaintiff was moved From unit DS-1 To unit DS-2, And prison staff Did **not** give The plaintiff The Honorable Court's order Dismissing The above entitled Case, until **7-25-2014**.

C) The plaintiff **not** Being An Attorney And **not** ever Having Filed An Appeal Before, "wrote The 7th circuit Court of Appeals in Chicago, Asking For " The Document's To file An Appeal of A Dismissed 1983 Civil Rights Claim", Any instructions To file the Appeal And To file it indigent, And A copy of The Federal R. Civ. P., concerning An Appeal of A Dismissed Civil Rights Claim, A Total of (4) Time(s), **never** getting Any Reply From The 7th circuit Court of Appeals As of The writing of This motion.

And it is the plaintiff's opinion that either prison staff Are **not** mailing The plaintiff's Legal Mail To

the 7th Circuit Court of Appeals **or**, the 7th Circuit Court of Appeals is Sending The plaintiff These Documents Concerning The Appeal of The above entitled Case Before The Honorable Court And prison Staff are **not** giving The plaintiff, the 7th Circuit Court of Appeals mail To The plaintiff.

D.) The plaintiff Has wanted To And Still needs To file A Timely "Appeal" in The above entitled case, But with prison Staff interference, its extremely Difficult For The plaintiff To do so.

E) The plaintiff very Respectfully Ask The most Honorable Court To p<u>lease</u> Grant The plaintiff's motion.

"Respectfully Submitted"

**dated Friday 8-1-2014**   Sincerely + Respectfully
David Watt