IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID W. WATTS,

          Plaintiff,                                 ORDER

     v.                                               10-cv-550-wmc

DAN WESTFIELD and RICK RAEMISCH,
          Defendants.

---

On July 11, 2014, the court granted defendants' motion for summary judgment and dismissed the prisoner civil rights case filed by plaintiff David W. Watts. Watts has filed an appeal from that decision, which remains pending before the Seventh Circuit. Watts has also filed a motion for relief from the final judgment under Fed. R. Civ. P. 60(b), which this court denied pursuant to Fed. R. Civ. P. 62.1(a) on January 30, 2015. Watts has now filed a motion for reconsideration of that decision. As noted previously, however, Watts does not allege facts showing that he is entitled to relief under any portion of Rule 60(b). Because Watts does not demonstrate that the court's conclusion was incorrect, his motion for reconsideration will be denied.

ORDER

IT IS ORDERED that the motion for reconsideration filed by plaintiff David W. Watts (dkt. # 161) is DENIED.

Entered this 12th day of February, 2015.

                                                   BY THE COURT:

                                                   /s/

                                                   WILLIAM M. CONLEY
                                                   District Judge